IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES DURHAM (#3237-16), | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:16-cv-2763-N |
| DEE ANDERSON, Sheriff, | § § § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

This case is accordingly TRANSFERRED to the Fort Worth Division of the Northern District of Texas.

SO ORDERED this 4th day of November, 2016.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE